AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Yuichi Miyayama,

                 Plaintiff,

v.

Noriko Hosoda, et al.,

                 Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01683-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered against H& N INVESTMENTS, LLC, aka H & N PROPERTIES LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend.

1/5/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk