1  Stephen K. Christiansen (NV Bar No. 11081)
   Anthony W. Stirling (NV Bar No. 9462)
2  CHRISTIANSEN LAW, PLLC
   311 S. State, Ste. 250
3  Salt Lake City, Utah 84111
   Telephone: 801.716.7016
4  Facsimile: 801.716.7017
5  steve@skclawfirm.com
   tony@skclawfirm.com
6  *Attorneys for Plaintiff Yuichi Miyayama*

7

8              **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE DISTRICT OF NEVADA, SOUTHERN DIVISION**

10 | YUICHI MIYAYAMA, an individual, | Case No. 2:20-cv-01683-DJA |

11 |            Plaintiff, |

12 |       v. | **STIPULATION AND ~~PROPOSED~~** |
   |          | **ORDER FOR EXTENTION OF TIME** |
13 | STEVEN H. BURKE, as Executor of the Estate of | **TO RESPOND TO THE BURKE** |
   | NORIKO HOSODA, *et al.*, | **DEFENDANTS' MOTION FOR** |
14 |          | **SUMMARY JUDGMENT.** |
   |       Defendants. |

15

16        IT IS HEREBY STIPULATED, by and between the parties and through their counsel of

17 record, that Plaintiff Yuichi Miyayama ("Mr. Miyayama") shall have an extension of ten

18 additional days to respond to the pending Motion for Summary Judgment (the "Motion," ECF

19 No. 150) filed by Defendants Steven H. Burke, Individually and as Executor of the Estate of

20 Noriko Hosoda, and The Law Office of Steven H. Burke, LLC (collectively, the "Burke

21 Defendants") – from November 10, 2023, to **November 20, 2023**.  As a corollary matter, the

22 Burke Defendants shall then have until **December 8, 2023**, within which to file a Reply in

23 support of the Motion.

24        These extentions are necessary because Mr. Miyayama is currently scheduled to respond

25 to two substantial dispositive motions in one week, within days of each other: November 8, and

26 10, 2023.  Counsel for Mr. Miyayama also has long-planned family obligations over this time.

27 This combination presents an undue burden on counsel for Mr. Miyayama that a short extension

28

can alleviate, at no substantial detriment to any other deadline in the case management schedule in this matter.  Counsel for the Burke Defednants will likewise benefit from this short extension, as their Reply deadline will no longer fall during the Thanksgiving holiday week.  Other than these two, very short, extentions of time to act, no other deadline will be affected by this stipulation and order.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 6, 2023

CHRISTIANSEN LAW, PLLC

/s/ Anthony W. Stirling, Esq.
Stephen K. Christiansen, Esq. #11081
Anthony W. Stirling, Esq. #9462
311 S. State, Ste. 250
Salt Lake City, Utah 84111
Attorneys for Plaintiff

Dated: November 6, 2023

LAW OFFICES OF MONT E. TANNER

/s/ Monte E. Tanner
Mont E. Tanner, Esq. #4433
2950 East Flamingo Road, Suite G
Las Vegas, Nevada 89121
Attorney for Defendant Mont Tanner
[E-signature used with permission]

Dated: November 6, 2023

LIPSON NEILSON P.C.

/s/ Janeen V. Isaacson
Janeen V. Isaacson, Esq. #6429
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Attorneys for Burke Defendants
[E-signature used with permission]

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: _____11/7/2023_____