1  LIPSON NEILSON P.C.
2  JANEEN V. ISAACSON, ESQ.
   Nevada Bar No. 6429
3  9900 Covington Cross Drive, Suite 120
   Las Vegas, Nevada 89144
4  Phone: (702) 382-1500
   Fax: (702) 382-1512
5  jisaacson@lipsonneilson.com

6  *Attorneys for Defendants Steven H. Burke and
   Law Office of Steven H. Burke, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| YUICHI MIYAYAMA, an individual,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>STEVEN H. BURKE, as Executor of the Estate of NORIKO HOSODA; H & N INVESTMENTS LLC aka H & N PROPERTIES LLC, a Nevada limited liability company; S&N INVESTMENTS LLC aka N&S INVESTMENTS LLC, a Nevada limited liability company; INDIAN HOME PROGRAM LLC, a Nevada series limited liability company, sometimes operating as INDIAN HOME PROGRAM LLC SERIES III; HOSODA INTERNATIONAL INVESTMENT LLC, a Nevada limited liability company; PLATINUM EARTH, LLC, a Nevada limited liability company; STEVEN H. BURKE, an individual; LAW OFFICE OF STEVEN H. BURKE, LLC, a Nevada limited liability company; MONT TANNER, an individual; and DOE ENTITIES 1 through 100,<br><br>　　　　　　Defendants. | Case No: 2:20-cv-01683-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR BURKE DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [SECOND REQUEST]** |
| MONT TANNER,<br><br>　　　　　　Counterclaimant,<br>　vs.<br><br>YUICHI MIYAYAMA,<br><br>　　　　　　Counterdefendant. | |

Page 1 of 3

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR BURKE DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [SECOND REQUEST]**

COME NOW the parties above-named, by and through their respective counsel of record, and stipulate and agree that Defendants Stephen H. Burke and Law Office of Steven H. Burke ("Burke Defendants") shall have an additional one week, to and including December 15, 2023, to file their Reply in Support of their Motion for Summary Judgment, which is currently due on December 8, 2023.  On November 6, 2023, a Stipulation and Proposed Order for Extension of Time to Respond to The Burke Defendants' Motion For Summary Judgment was filed requesting an extension for Plaintiff to file an Opposition to Burke's Motion for Summary Judgment ("First Stipulation"). [Dk. No. 151] This first request was made to accommodate the work and family obligations of Plaintiff's counsel, and included a Reply deadline of December 8, 2023.  The Court issued an Order granting the request on November 7, 2023. [Dk. No. 152].

In this instance, the Burke Defendants are requesting a short one-week extension for the Reply in Support of their Motion for Summary Judgment.  This short extension is necessary and made in good-faith due to unexpected work obligations (which included several motions and a last-minute trial in justice court) and personal family obligations not known to counsel when agreement was reached as to Plaintiff's request for the First Stipulation.  Counsel's office has also been short-staffed due to illness.  While this is technically the second request of the parties, it is the first request initiated by the Burke Defendants.  No other deadlines will be affected as to the remaining dispositive motions.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

///

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 7th day of December, 2023.<br><br>LIPSON NEILSON P.C.<br><br>*/s/ Janeen V. Isaacson*<br>JANEEN V. ISAACSON, ESQ.<br>Nevada Bar No. 6429<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendants Steven H. Burke and Law office of Steven H. Burke, LLC* | Dated this 7th day of December, 2023.<br><br>CHRISTIANSEN LAW, PLLC<br><br>*/s/ Anthony W. Stirling*<br>STEPHEN K. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 11081<br>ANTHONY W. STIRLING, ESQ.<br>Nevada Bar No. 9462<br>311 S. State, Ste. 250<br>Salt Lake City, Utah 84111<br><br>*Attorneys for Plaintiff* |
| Dated this 7th day of December, 2023.<br><br>LAW OFFICES OF MONT E. TANNER<br><br>*/s/ Mont E. Tanner*<br>MONT E. TANNER, ESQ.<br>Nevada Bar No. 4433<br>2950 East Flamingo Road, Suite G<br>Las Vegas, Nevada 89121<br>mtannerlaw@aol.com<br><br>*Attorney for Mont Tanner* | |

IT IS SO ORDERED.

**ORDER**

_____
U.S. MAGISTRATE
Dated: 12/11/23
Case No. 2:20-cv-01683-DJA