LIPSON NEILSON P.C.
JANEEN V. ISAACSON, ESQ.
Nevada Bar No. 6429
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jisaacson@lipsonneilson.com

*Attorneys for Defendants Steven H. Burke and
Law Office of Steven H. Burke, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| YUICHI MIYAYAMA, an individual,<br><br>    Plaintiff,<br> vs.<br><br>STEVEN H. BURKE, as Executor of the Estate of NORIKO HOSODA; H & N INVESTMENTS LLC aka H & N PROPERTIES LLC, a Nevada limited liability company; S&N INVESTMENTS LLC aka N&S INVESTMENTS LLC, a Nevada limited liability company; INDIAN HOME PROGRAM LLC, a Nevada series limited liability company, sometimes operating as INDIAN HOME PROGRAM LLC SERIES III; HOSODA INTERNATIONAL INVESTMENT LLC, a Nevada limited liability company; PLATINUM EARTH, LLC, a Nevada limited liability company; STEVEN H. BURKE, an individual; LAW OFFICE OF STEVEN H. BURKE, LLC, a Nevada limited liability company; MONT TANNER, an individual; and DOE ENTITIES 1 through 100,<br><br>    Defendants. | Case No: 2:20-cv-01683-DJA<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS STEVEN H. BURKE AND LAW OFFICE OF STEVEN H. BURKE, LLC** |
| MONT TANNER,<br><br>    Counterclaimant,<br> vs.<br><br>YUICHI MIYAYAMA,<br><br>    Counterdefendant. | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS STEVEN H. BURKE AND LAW OFFICE OF STEVEN H. BURKE, LLC

Pursuant to LR IA 11-6, Janeen V. Isaacson and the law firm of Lipson Neilson P.C. hereby request leave from this Court to withdraw as counsel of record for Defendants Steven H. Burke and Law Office of Steven H. Burke, LLC ("Defendants") in this matter. Defendants have been notified and do not object to the withdrawal. Ms. Isaacson's withdrawal from this case is not expected to cause any delay in the case. *See* LR IA 11-6(d). Steven H. Burke will remain counsel of record for Defendants Steven H. Burke and Law Office of Steven H. Burke, LLC in this matter.

Respectfully submitted this 22nd day of April, 2024.

LIPSON NEILSON P.C.

By: /s/ Janeen V. Isaacson
JANEEN V. ISAACSON, ESQ.
Nevada Bar No. 6429
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendants Steven H. Burke and Law office of Steven H. Burke, LLC*

## ORDER

IT IS HEREBY ORDERED that Janeen V. Isaacson and Lipson Neilson P.C. are granted leave to withdraw from representing Defendants Steven H. Burke and Law Office of Steven H. Burke, LLC in this matter. Ms. Isaacson's name shall be removed from the docket and she will no longer receive CM/ECF filings in this matter.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 23, 2024

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of LIPSON NEILSON P.C. and on the 22nd day of April, 2024, I served the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS STEVEN H. BURKE AND LAW OFFICE OF STEVEN H. BURKE, LLC** by electronic transmission through the Court's e-filing and service program, addressed to the following:

| | |
|---|---|
| Stephen K. Christiansen, Esq.<br>Anthony W. Stirling, Esq.<br>CHRISTIANSEN LAW, PLLC<br>311 S. State, Ste. 250<br>Salt Lake City, Utah 84111<br>tony@skclawfirm.com<br><br>*Attorneys for Plaintiff* | Mont E. Tanner, Esq.<br>LAW OFFICES OF MONT E. TANNER<br>2950 East Flamingo Road, Suite G<br>Las Vegas, Nevada 89121<br>mtannerlaw@aol.com<br><br>*Attorney for Mont Tanner* |
| Steven H. Burke, Esq.<br>LAW OFFICE OF STEVEN H. BURKE LLC<br>9205 W. Russell Road, Suite 240<br>Las Vegas, Nevada 89148<br>stevenburkelaw@gmail.com<br><br>*Attorney for Steven H. Burke, Law Office of Steven H. Burke* | |

*/s/ Michele Stones*
An Employee of LIPSON NEILSON P.C.

Page 3 of 3