Stephen K. Christiansen (NV Bar No. 11081)
Anthony W. Stirling (NV Bar No. 9462)
CHRISTIANSEN LAW, PLLC
311 S. State, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
tony@skclawfirm.com

*Attorneys for Plaintiff Yuichi Miyayama*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| YUICHI MIYAYAMA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN H. BURKE, as Executor of the Estate of NORIKO HOSODA, et al.,<br><br>Defendants.<br><br>And all Related Matters. | Case No. 2:20-cv-01683-DJA<br><br>**STIPULATED MOTION FOR FIRST EXTENSION TO SUBMIT POST-TRIAL BRIEFS, AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

The parties to this action jointly stipulate and agree that they may have up to and including March 28, 2025, in which to file and submit their post-trial brief and amended proposed findings of fact and conclusions of law. The current deadline for these filings and submissions is March 19, 2025. This extension is necessitated by the schedule of the parties' counsel. No prejudice will result to any party as a result of this limited extension of seven business days. This is the first extension request related to this deadline. The parties jointly request that the Court approve the same in the interests of justice.

1  DATED this 18th day of March, 2025.

2                                       CHRISTIANSEN LAW, PLLC

                                     /s/ Stephen K. Christiansen
                                  Stephen K. Christiansen
                                  Anthony W. Stirling
                                  *Attorneys for Plaintiff*


                                     AYON LAW, PLLC


                                   By:      /s/ Luis A. Ayon
                                      Luis A. Ayon
                                      *Attorneys for Steven H. Burke and the Law Office*
                                         *Of Steven H. Burke, LLC*


                                     /s/ Steven H. Burke
                                  Steven H. Burke
                                  *Attorney for Steven H. Burke and the Law Office*
                                     *Of Steven H. Burke, LLC*

**SO ORDERED:**

_____ / March 19, 2025
DANIEL J. ALBREGTS                               Date
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2025, I caused a true and correct copy of the within and foregoing document to be served via the Court's CM/ECF system to all parties and counsel appearing in this case.

/s/ Stephen K. Christiansen