AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Yuichi Miyayama,

                Plaintiff,

v.

Noriko Hosoda et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01683-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Final judgment is entered in favor of Defendants Steven H. Burke and The Law Office of Steven H. Burke and against Plaintiff Yuichi Miyayama on Plaintiff Yuichi Miyayama's claim for aiding and abetting breach of fiduciary duty; and

Final judgment is entered in favor of Plaintiff Yuichi Miyayama and against Defendants Steven H. Burke and The Law Office of Steven H. Burke, jointly and severally, on Miyayama's claims for unjust enrichment, conversion, and legal malpractice in the amount of $1; and

The Court awards punitive damages in favor of Plaintiff Yuichi Miyayama and against Defendants Steven H. Burke and The Law Office of Steven H. Burke, jointly and severally, on Miyayama's claims for unjust enrichment, conversion, and legal malpractice in the amount of $300,000.00.

05/30/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ RJDG  
Deputy Clerk